# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2023

Lyle W. Cayce
Clerk

No. 22-60008

———————————

Consumers' Research; Cause Based Commerce,
Incorporated; Kersten Conway; Suzanne Bettac;
Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly;
Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs;
Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of
America,

*Respondents*.

———————————————————————

Petition for Review from an Order of the
Federal Communications Comm
Agency No. 96-45

———————————————————————

ON PETITION FOR REHEARING EN BANC

(Opinion  March 24, 2023 , 5 Cir.,  2023,  63 F.4th 441 )

Before Richman, *Chief Judge*, and Jones, Smith, Stewart,
Elrod, Southwick, Haynes, Graves, Higginson, Willett,
Ho, Duncan, Engelhardt, Oldham, Wilson, and Douglas,
*Circuit Judges*.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated March 24, 2023, is VACATED.